IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-31019
Conference Calendar
_____


CHARLIE HOOD, JR., as Administrator
of the Estate of his minor child,
CHARLES NICHOLAS HOOD,

                                        Plaintiff-Appellant,

versus

LOUISIANA HIGH SCHOOL ATHLETIC ASSOCIATION,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CV-742
- - - - - - - - - -
June 17, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Charlie Hood, Jr., as the administrator of the estate of his
minor child, Charles Nicholas Hood, appeals the dismissal of his
suit which challenged the constitutionality of a Louisiana High
School Athletic Association (LHSAA) eligibility regulation.  The
district court dismissed the complaint for lack of subject matter
jurisdiction and for failure to state a claim upon which relief
could be granted, pursuant to Fed. R. Civ. P. 12(b)(1) and

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

12(b)(6).  We have reviewed the briefs and the record on appeal and AFFIRM because the pleadings do not show the existence of a justiciable controversy.

AFFIRMED.